ACCEPTED
15-24-00095-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/31/2025 2:01 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-24-00095-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/31/2025 2:01:01 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT
AUSTIN, TEXAS

EDWARD RANDOLPH TURNBULL IV,
*Appellant*,

V.

THE COMMISSION FOR LAWYER DISCIPLINE, ET AL.,
*Appellees*.

On Appeal from the 201st Judicial District Court of Texas
Cause No. D-1-GN-24-002025
The Honorable Amy Clark Meachum, Presiding

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
APPELLANT'S REPLY TO APPELLEES' BRIEFS**

GAINES WEST
State Bar No. 21197500
gaines.west@westwebblaw.com

JOHN "JAY" RUDINGER, JR.
State Bar No. 24067852
jay.rudinger@westwebblaw.com

JUDD E. STONE II
State Bar No. 24076720
judd@stonehilton.com

WEST, WEBB, ALLBRITTON & GENTRY, P.C.
1515 Emerald Plaza
College Station, Texas 77845
Telephone: (979) 694-7000

STONE HILTON PLLC
600 Congress Avenue, Suite 2350
Austin, Texas 7870
Telephone: (737) 465-3897

**ATTORNEYS FOR APPELLANT**

**TO THE HONORABLE FIFTEENTH COURT OF APPEALS:**

COMES NOW, Appellant Edward Randolph Turnbull IV ("Appellant") in the above-styled and numbered cause, and pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure, files this Unopposed Motion for Extension of Time to File Appellant's Reply to Appellees' briefs (the "Motion to Extend"). In support of same, Appellant would respectfully show the Court as follows:

1. On January 3, 2025, Appellant filed his Appellant's Brief.

2. On January 28, 2025, Appellee Jenny Hodgkins filed her Brief of Appellee.

3. On January 29, 2025, the State Bar Appellees filed their Unopposed Motion for 14-Day Extension of Time to File Appellees' Brief. The Court granted the State Bar Appellees' unopposed requested relief on January 30, 2025, moving the State Bar Appellees' deadline to file their brief on February 17, 2025, the same day Appellant's Reply Brief is currently due. TEX. R. APP. P. 10.5(b)(1)(A), 38.6(c).

4. The current deadline for the remaining Appellees (the CFLD and CDC Appellees) to file their briefs is February 2, 2025.

5. Accordingly, Appellant respectfully requests that the deadline for filing Appellant's Reply Brief be extended to Monday, March 10, 2025, or 20 days from the date of filing of the last Appellee's Brief. TEX. R. APP. P. 10.5(b)(1)(B).

6.     Appellant requests this extension not for delay but for good cause to provide Appellant a reasonable opportunity to evaluate the merits of respond to each of the Appellees' briefs in this matter. TEX. R. APP. P. 10.5(b)(1)(C). This Court has not granted any previous extensions to file Appellant's Reply Brief in this matter. TEX. R. APP. P. 10.5(b)(1)(D).

7.     Accordingly, Appellant Edward Randolph Turnbull IV respectfully requests that the Court grant the instant Unopposed Motion for Extension of Time to File Appellant's Reply to each of Appellees' briefs and that the Court grant such other and further relief at law or in equity to which Appellant may be justly entitled.

DATED: January 31, 2025

Respectfully submitted,

**WEST, WEBB, ALLBRITTON & GENTRY, P.C.**
1515 Emerald Plaza
College Station, Texas 77845
Telephone: (979) 694-7000
Facsimile: (979) 694-8000

By:     /s Gaines West
        GAINES WEST
        State Bar No. 21197500
        gaines.west@westwebblaw.com
        JOHN "JAY" RUDINGER, JR.
        State Bar No. 24067852
        jay.rudinger@westwebblaw.com

        ~ AND ~

        JUDD E. STONE II
        State Bar No. 24076720

judd@stonehilton.com
**STONE HILTON PLLC**
600 Congress Avenue, Suite 2350
Austin, Texas 7870
Telephone: (737) 465-3897

**ATTORNEYS FOR APPELLANT**

**CERTIFCATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been electronically transmitted to the Clerk of the Court on this 31st day of January, 2025, and served on the following counsel of record:

Daniel J. Olds                          *Via E-File*
CLARK HILL PLC
901 Main Street, Suite 6000
Dallas, Texas 75202
dolds@clarkhill.com

Patrick W. Mizell                       *Via E-File*
VINSON & ELKINS LLP
845 Texas Avenue, Suite 4700
Houston, Texas 77002
pmizell@velaw.com

Royce LeMoine                           *Via E-File*
STATE BAR OF TEXAS
P.O. Box 12487, Capitol Station
Austin, Texas 78711
royce.lemoine@texasbar.com

**ATTORNEYS FOR APPELLEES**

/s Gaines West
GAINES WEST

# CERTIFCATE OF CONFERENCE

I certify that on January 29, 2025, the undersigned counsel conferred with all counsel of record, who each indicated that Appellees are unopposed to the relief sought in this Motion to Extend.

/s Gaines West
GAINES WEST

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Billy Hart on behalf of Gaines West
Bar No. 21197500
billy.hart@westwebblaw.com
Envelope ID: 96851454
Filing Code Description: Motion
Filing Description: Unooposed Motion for Extension of Time to File Appellant's Reply to Appellees' Briefs
Status as of 1/31/2025 2:17 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Pat Mizell | | pmizell@velaw.com | 1/31/2025 2:01:01 PM | SENT |
| Billy SHart | | billy.hart@westwebblaw.com | 1/31/2025 2:01:01 PM | SENT |
| Jay Rudinger | | jay.rudinger@westwebblaw.com | 1/31/2025 2:01:01 PM | SENT |
| Jadd Masso | 24041411 | jmasso@clarkhill.com | 1/31/2025 2:01:01 PM | SENT |
| Royce Lemoine | 24026421 | royce.lemoine@texasbar.com | 1/31/2025 2:01:01 PM | SENT |
| Richard Huntpalmer | 24097857 | Richard.Huntpalmer@texasbar.com | 1/31/2025 2:01:01 PM | SENT |
| Gaines West | 21197500 | gaines.west@westwebb.law | 1/31/2025 2:01:01 PM | SENT |
| John Rudinger | 24067852 | jay.rudinger@westwebblaw.com | 1/31/2025 2:01:01 PM | SENT |
| Judd Stone | 24076720 | Judd@stonehilton.com | 1/31/2025 2:01:01 PM | SENT |
| Daniel Olds | 24088152 | dolds@clarkhill.com | 1/31/2025 2:01:01 PM | SENT |
| Brooke Noble | | bnoble@velaw.com | 1/31/2025 2:01:01 PM | SENT |
| Michael Graham | 24113581 | Michael.Graham@TEXASBAR.COM | 1/31/2025 2:01:01 PM | SENT |
| Emily Bamesberger | | ebamesberger@velaw.com | 1/31/2025 2:01:01 PM | SENT |
| Justin B.Cox | | jbcox@clarkhill.com | 1/31/2025 2:01:01 PM | SENT |
| Gaines West | | gaines.west@westwebblaw.com | 1/31/2025 2:01:01 PM | SENT |